United States Bankruptcy Court

Eastern District of Pennsylvania

Tri-State Paper, Inc.,
    Plaintiff

Adv. Proc. No. 23-00091-pmm

Shoemake,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 30, 2024      Form ID: pdf900      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Tri-State Paper, Inc., 4500 N 3rd St, Philadelphia, PA 19140-1502 |
| dft | + | Tyquil Shoemake, 4129 Stirling Street, Philadelphia, PA 19135-3025 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2024 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 31 2024 00:24:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 5

below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Plaintiff Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Tri-State Paper, Inc.,** | : | **Chapter 11** |
| Debtor. | : | **Bky. No. 23-13237 (PMM)** |
| **Tri-State Paper, Inc.,** | : | |
| Plaintiff. | : | **Adv. No. 23-0091 (PMM)** |
| v. | : | |
| **Tyquil Shoemake,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on November 20, 2023;

**AND** an answer or other responsive pleading having been due on or before December 21, 2023;

**AND** no answer or responsive pleading having been filed;

**AND**, upon request of the Plaintiff, default having been entered on January 16, 2024;

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before February 12, 2024**. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

*/s/ Patricia M. Mayer/*

**Date: 1/30/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**