*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri−State Paper, Inc.<br>Debtor(s) | ) )<br>) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff | ) )<br>) | |
| v. | )<br>) | Adversary No. 23−00091−pmm |
| Tyquil Shoemake<br>Defendant | )<br>) | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

ORDERED that judgment by default be and the same is hereby entered in favor of Tri−State Paper, Inc. and against Defendant, Tyquil Shoemake in the amount of Eighteen Thousand Nine Hundred Dollars and Zero Cents, ($18,900.00) plus costs in the amount of Three Hundred Fifty Dollars and Zero Cents, ($350.00), for a total of Nineteen Thousand Two Hundred Fifty Dollars and Zero Cents, ($19,250.00) sum certain.

Date: February 14, 2024                                          FOR THE COURT

                                                                 ATTEST:

                                                                 _____
                                                                 Timothy B. McGrath
                                                                 Clerk of Court